JAMES F. MCCABE (CA SBN 104686)
JMcCabe@mofo.com
TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
ANGELA E. KLEINE (CA SBN 255643)
AKleine@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Counsel for Defendant LinkedIn Corporation

LAW OFFICES OF TODD M. FRIEDMAN, P.C.
Todd M. Friedman (CA SBN 216752)
324 S. Beverly Drive, #725
Beverly Hills, CA 90212
Telephone: 877-206-4741
Facsimile: 866-633-0228
tfriedman@attorneysforconsumers.com

GREENWALD DAVIDSON PLLC
James L. Davidson*
5550 Glades Road, Suite 500
Boca Raton, FL 33431
Telephone: 561-826-5477
Facsimile: 561-961-5684
jdavidson@mgjdlaw.com

* Admitted *Pro Hac Vice*

Counsel for Plaintiffs Tracee Sweet, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACEE SWEET, LISA JARAMILLO, JAMES RALSTON, and TIFFANY THOMAS, on Behalf of Themselves and Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>LINKEDIN CORPORATION,<br><br>Defendant. | Case No. 5:14-cv-04531-PSG<br><br>**STIPULATION TO ENLARGE TIME TO RESPOND TO COMPLAINT** |

Pursuant to Civil Local Rule 6-1, the parties, by and through undersigned counsel, hereby stipulate to enlarge the time by which Defendant LinkedIn Corporation must respond to the complaint in this matter:

1. Plaintiffs filed this case on October 9, 2014. (ECF No. 1.) Defendant was served with the complaint on October 13, 2014, by personal service, and Defendant's current deadline to respond to the complaint is November 3, 2014.

2. The parties hereby stipulate that Defendant's deadline to respond to the complaint in this matter (by answer, motion to dismiss, or otherwise) be extended by 30 days, to until December 3, 2014.

3. This change will not alter the date of any event or any deadline already fixed by Court order.

**IT IS SO STIPULATED.**

Dated: October 31, 2014       James F. McCabe
                              Tiffany Cheung
                              Angela E. Kleine
                              MORRISON & FOERSTER LLP

                              By:  /s/ Angela E. Kleine
                                     Angela E. Kleine

                              Attorneys for Defendant LinkedIn Corporation


Dated:  October 31, 2014      James L. Davidson
                              GREENWALD DAVIDSON PLLC

                              By:  /s/ James L. Davidson
                                     James L. Davidson

                              Attorneys for Plaintiffs
                              Tracee Sweet, *et al.*

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1

I, Angela E. Kleine, am the ECF User filing this STIPULATION TO ENLARGE TIME TO RESPOND TO COMPLAINT. In compliance with Civil Local Rule 5-1, I hereby attest that Todd M. Friedman, James L. Davidson, James F. McCabe, and Tiffany Cheung concurred in this filing.

Dated: October 31, 2014         /s/ *Angela E. Kleine*
                                Angela E. Kleine

                                Attorney for Defendant

ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1
Case No. 5:14-cv-04531-PSG
sf-3473086