UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRACEE SWEET, et al., ) | Case No.: 5:14-cv-04531-PSG |
| ) | |
| Plaintiffs, ) | **JUDGMENT** |
| v. ) | |
| ) | **(Re: Docket No. 33)** |
| LINKEDIN CORPORATION, ) | |
| ) | |
| Defendant. ) | |

After granting Defendant LinkedIn Corporation's motion to dismiss, the court received no timely amended complaint from Plaintiff Tracee Sweet.[1]  The case is dismissed and the Clerk shall close the file.

**SO ORDERED.**

Dated:  May 21, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 33.

Case No. 5:14-cv-04531-PSG
JUDGMENT

1